IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-CR-017-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TIERRA LOVE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED CALL CENTER SOLUTIONS, ) | |
| LLC, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 1138) filed September 1, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the United States' "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 1138) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 1109) is **DISMISSED**.

**SO ORDERED**.

Signed: September 23, 2022

David C. Keesler
United States Magistrate Judge